# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO.  03-25-00472-CV

**In re Barry Wallace**

### ORIGINAL PROCEEDING FROM BELL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Barry Wallace, an inmate in Bell County, has filed a petition for writ of habeas corpus complaining of an assortment of issues in the underlying criminal matter. "The Texas Constitution grants courts of appeals original jurisdiction only where specifically prescribed by law." *Ex parte Braswell*, 630 S.W.3d 600, 601 (Tex. App.—Waco 2021, no pet.); *see* Tex. Const. art. V, § 6.  Our original jurisdiction to issue a writ of habeas corpus is limited to those cases where a person's liberty is restrained because the person has violated an order, judgment, or decree entered in a civil case.  Tex. Gov't Code § 22.221(d); *In re Reece*, 341 S.W.3d 360, 364 n.3 (Tex. 2011) (orig. proceeding).  Consequently, we lack original habeas corpus jurisdiction in criminal matters.  *Braswell*, 630 S.W. 3d at 601–02; *Queen v. State*, 212 S.W.3d 619, 623 (Tex. App.—Austin 2006, no pet.).  Accordingly, we dismiss Wallace's petition for want of jurisdiction.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Crump and Ellis

Filed:   July 17, 2025